JOHN Y. MCKANE, Respondent, *v.* THE BROOKLYN CITIZEN, Appellant.

(Argued October 21, 1889; decided November 1, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 14, 1889, which affirmed an order of Special Term, striking out certain portions of defendant's answer, and directing him to specify whether particular averments were pleaded in justification or mitigation of damages.

*N. C. Moak* for appellant.

*Morris & Whitehouse* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.